THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re RMAA Real Estate Holdings, L.L.C.  )
                                          )  Docket Number 10-16505-RGM
Alleged Debtor                            )  Chapter 11

### DESIGNATION OF ISSUES AND RECORD ON APPEAL

Pursuant to Fed. R. Bank P. 8006, Brett Amendola, Roger Amendola, and Brevon Developers, Inc. state as follows:

### DESIGNATION OF ISSUES ON APPEAL

The issues to be considered through their appeal of the orders granting the motion for relief from the automatic stay (the "Motion for Relief") entered the 10th day of September 10, 2010 as Docket Entries Numbered 21, 22, and 24 are whether:

(1)     the bankruptcy judge should have allowed adequate protection payments to Access National Bank ("ANB"), either through the pendency of this bankruptcy proceeding or pending a continuation of the proceedings upon the Motion for Relief;

(2)     ANB could be adequately protected pending further proceedings before the bankruptcy judge;

(3)     the bankruptcy judge should have conducted the final hearing upon the Motion for Relief on August 11, 2010;

(4)     the bankruptcy judge should have continued proceedings upon the Motion for Relief

Counsel for Petitioning Creditors

John P. Forest, II, VSB# 33089
STAHLZELLOE, P.C.
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
Telephone: (703) 691-4940
Facsimile: (703) 691-4942
Email: j.forest@stahlzelloe.com

from August 11, 2010 to another date as to allow the petitioning creditors an opportunity to obtain an appraisal of the subject property and to obtain evidence from Roger Amendola in opposition to the Motion for Relief;

  (5) the payments made to ANB after January 1, 2009 were sufficient to, show good faith, to negate any finding of bad faith, or to negate any finding or conclusion that cause existed to terminate the automatic stay;

  (6) the conduct of persons other than the debtor may be considered as a basis to terminate the automatic stay;

  (7) there was equity of the subject property;

  (8) continued use and possession of the property was necessary to effectuate a reorganization; and

  (9) it was appropriate to grant "*in rem*" relief as to the subject property.

## DESIGNATION OF THE RECORD

The matters which should comprise the record on appeal are:

  (1) the Motion for Relief [Docket Entry Number 3];

  (2) the Opposition to the Motion for Relief [Docket Entry Number 10];

  (3) the documents/exhibits proffered by petitioning creditors, including proposed exhibit B;

  (4) the Order entered September 10, 2010 [Docket Entry Number 21];

  (5) the Order entered September 10, 2010 [Docket Entry Number 22];

  (6) the Order entered September 10, 2010 [Docket Entry Number 24]; and

  (7) the transcript of proceedings on August 11, 2010.

        Respectfully submitted:

        */s/ John P. Forest, II*
        John P. Forest, II, VSB# 33089
        STAHLZELLOE, P.C.
        11350 Random Hills Rd., Suite 700
        Fairfax, VA 22030
        Telephone: (703) 691-4940
        Facsimile: (703) 691-4942
        Email: j.forest@stahlzelloe.com
        Counsel for the Petitioning Creditors

## **CERTIFICATE**

I hereby certify that on October 8, 2010, that I have electronically served and/or mailed, first class postage prepaid, a true and correct copy of the foregoing DESIGNATION OF ISSUES ON APPEAL to/upon:

>Jeffrey T. Martin, Jr., Esq.
>Kevin M. O'Donnell, Esq.
>Henry & O'Donnell, P.C.
>300 N. Washington St., Suite 204
>Alexandria, VA 22314
>
>Jack I. Frankel, Esq.
>Office of the U.S. Trustee
>115 S. Union St., Suite 206
>Alexandria, VA 22314
>
>and
>
>Roger Amendola, Manager
>RMAA Real Estate Holdings, L.L.C.
>20702 Crescent Point Pl.
>Ashburn, VA 20147

>*/s/ John P. Forest, II*
>John P. Forest, II